# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| **JESSICA TRACY (f/k/a Jessica Weaver) and EDWARD TRACY,** ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | Case No.: 2:17-cv-356 |
| **USAA CASUALTY INSURANCE COMPANY, and Fictitious Defendants A-T,** ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF REMOVAL

**Exhibit A-** A true, correct and legible copy of all records

and proceedings in the state court

ELECTRONICALLY FILED
7/3/2017 11:15 AM
66-CV-2017-900041.00
CIRCUIT COURT OF
WILCOX COUNTY, ALABAMA
HON. CAROLYN POSEY, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number<br>66<br>Date of Filing: 07/03/2017  Judge Code: |
|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF WILCOX COUNTY, ALABAMA**
**JESSICA LEIGH TRACY ET AL v. USAA CASUALTY INSURANCE COMPANY**

**First Plaintiff:** ☐ Business  ☑ Individual      **First Defendant:** ☑ Business  ☐ Individual
                   ☐ Government ☐ Other                              ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☑ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other: _____

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER
          R ☐ REMANDED             T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    *Note:* Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** TRA031       7/3/2017 11:15:29 AM Date       /s/ EDWARD FEAGIN TRACY
                                                                Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☑ NO ☐ UNDECIDED

ELECTRONICALLY FILED
7/3/2017 11:15 AM
66-CV-2017-900041.00
CIRCUIT COURT OF
WILCOX COUNTY, ALABAMA
HON. CAROLYN POSEY, CLERK

## IN THE CIRCUIT COURT OF WILCOX COUNTY ALABAMA

**JESSICA TRACY (FKA Jessica Weaver) and EDWARD TRACY,**
  Plaintiffs,

v.

**USAA CASUALTY INSURANCE COMPANY, and Fictitious Defendant A through T,**
  Defendants.

**CASE # CV-2017-**

## COMPLAINT

1. Plaintiffs JESSICA TRACY and EDWARD TRACY are over the age of majority and reside in Wilcox County, Alabama.

2. At the time of the transaction associated with this complaint, the legal name of Plaintiff Jessica Tracy was her maiden name, Jessica Weaver.

3. Known Defendant is a corporation providing insurance policies and doing business in Wilcox County Alabama.

4. The use of the word Defendant, Defendants, or any form of the word shall mean any and all Defendants, whether named or unnamed, unless specifically stated otherwise.

5. The use of the word Plaintiff, Plaintiffs, or any form of the word shall mean any and all Plaintiffs, whether named or unnamed, unless specifically stated otherwise.

6. The use of the word policy, policies, or any form of the word shall mean the insurance policy purchased by Plaintiff Jessica Tracy from Defendant and in place on Plaintiff Jessica Tracy's home, located in Wilcox County Alabama, at the time of damage to the home by fire on or about July 3rd, 2015.

7. Plaintiffs reserve the right to amend this Complaint as necessary.

### Count I:  Breach of Contract

8. All other paragraphs of the complaint are reasserted as if fully set out herein.

9. On or about the 3rd day of July 2015, Plaintiff Jessica Tracy's home was destroyed by fire.

10. Plaintiff Jessica Tracy's home was, at the time of said fire, insured by Defendant.

11. Plaintiff Jessica Tracy filed a claim with Defendant on or about the date of the loss of said fire for the damage to the home.

12. Plaintiffs have complied with all the requirements of the policy and have fully cooperated with Defendant regarding said claims by submitting numerous requested documents, receipts, and pictures, as well as by submitting to multiple depositions under oath.

13. Defendant has delayed the resolution of said claims by using various tactics.

14. Defendant has not provided Plaintiffs with payments sufficient to provide Plaintiffs an equivalent standard of living as required under the policy.

15. As a proximate result of Defendant's said breach of contract, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish, and emotional distress.

16. Plaintiffs claim punitive damages of Defendant due to Defendant's negligence and wanton conduct.

17. Defendant acted in a fraudulent manner by delaying payment to Plaintiffs under the policy and by making untruthful statements to Plaintiffs.

18. As a proximate result of Defendant's said wanton misconduct, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish and emotional distress.

19. Plaintiffs claim punitive damages of Defendant due to Defendant's said wanton misconduct.

## Count II:  Fraud

20. All other paragraphs of the complaint are reasserted as if fully set out herein.

21. On or about the 3rd day of July 2015, Plaintiff Jessica Tracy's home was destroyed by fire.

22. Plaintiff Jessica Tracy's home was, at the time of said fire, insured by Defendant.

23. Plaintiff Jessica Tracy filed a claim with Defendant on or about the date of the loss of said fire for the damage to the home.

24. Plaintiffs have complied with all of the requirements of the policy and have fully cooperated with Defendant regarding said claims by submitting numerous requested documents, receipts, and pictures, as well as by submitting to multiple depositions under oath.

25. Defendant has delayed the resolution of said claims by using various tactics.

26. Defendant has not provided Plaintiffs with payments sufficient to provide Plaintiffs an equivalent standard of living as required under the policy.

27. As a proximate result of Defendant's said fraud, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish, and emotional distress.

28. Plaintiffs claim punitive damages of Defendant due to Defendant's negligence and wanton conduct.

29. Defendant acted in a fraudulent manner by delaying payment to Plaintiffs under the policy and by making untruthful statements to Plaintiffs.

30. As a proximate result of the Defendant's said wanton misconduct, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish and emotional distress.

31. Plaintiffs claim punitive damages of Defendant due to Defendant's said wanton misconduct.

## Count III: Negligent Infliction of Emotional Distress

32. All other paragraphs of the complaint are reasserted as if fully set out herein.

33. On or about the 3rd day of July 2015, Plaintiff Jessica Tracy's home was destroyed by fire.

34. Plaintiff Jessica Tracy's home was, at the time of said fire, insured by Defendant.

35. Plaintiff Jessica Tracy filed a claim with Defendant on or about the date of the loss of said fire for the damage to the home.

36. Plaintiffs have complied with all of the requirements of the policy and have fully cooperated with Defendant regarding said claims by submitting numerous requested documents, receipts, and pictures, as well as by submitting to multiple depositions under oath.

37. Defendant has delayed the resolution of said claims by using various tactics.

38. Defendant has not provided Plaintiffs with payments sufficient to provide Plaintiffs an equivalent standard of living as required under the policy.

39. As a proximate result of Defendant' said negligent infliction of emotional distress, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish, and emotional distress.

40. Plaintiffs claim punitive damages of Defendant due to Defendant's negligence and wanton conduct.

41. Defendant, in a negligent and reckless manner, negligently inflicted emotional distress upon Plaintiffs by failing to provide Plaintiffs with the required payments under the policy.

42. As a proximate result of Defendant's said negligent misconduct, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish and emotional distress.

43. Plaintiffs claim punitive damages of Defendant due to Defendant's said negligent and wanton conduct.

## Count IV: Intentional Infliction of Emotional Distress

44. All other paragraphs of the complaint are reasserted as if fully set out herein.

45. On or about the 3rd day of July 2015, Plaintiff Jessica Tracy's home was destroyed by fire.

46. Plaintiff Jessica Tracy's home was, at the time of said fire, insured by Defendant.

47. Plaintiff Jessica Tracy filed a claim with Defendant on or about the date of the loss of said fire for the damage to the home.

48. Plaintiffs have complied with all of the requirements of the policy and have fully cooperated with Defendant regarding said claims by submitting numerous requested documents, receipts, and pictures, as well as by submitting to multiple depositions under oath.

49. Defendant has delayed the resolution of said claims by using various tactics.

50. Defendant has not provided Plaintiffs with payments sufficient to provide Plaintiffs an equivalent standard of living as required under the policy.

51. As a proximate result of Defendant's said intentional infliction of emotional distress, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish, and emotional distress.

52. Plaintiffs claim punitive damages of Defendant due to Defendant's negligence and wanton conduct.

53. Defendant, in an intentional and reckless manner, intentionally inflicted emotional distress upon Plaintiffs by failing to provide Plaintiffs with the required payments under the policy.

54. As a proximate result of Defendant's said negligent misconduct, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish and emotional distress.

55. Plaintiffs claim punitive damages of Defendant due to Defendant's said negligent and wanton conduct.

## Count V: Misrepresentation

56. All other paragraphs of the complaint are reasserted as if fully set out herein.

57. On or about the 3rd day of July 2015, Plaintiff Jessica Tracy's home was destroyed by fire.

58. Plaintiff Jessica Tracy's home was, at the time of said fire, insured by Defendant.

59. Plaintiff Jessica Tracy filed a claim with Defendant on or about the date of the loss of said fire for the damage to the home.

60. Plaintiffs have complied with all of the requirements of the policy and have fully cooperated with Defendant regarding said claims by submitting

    numerous requested documents, receipts, and pictures, as well as by submitting to multiple depositions under oath.

61. Defendant has delayed the resolution of said claims by using various tactics.

62. Defendant has not provided Plaintiffs with payments sufficient to provide Plaintiffs an equivalent standard of living as required under the policy.

63. As a proximate result of Defendant's said misrepresentation, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish, and emotional distress.

64. Plaintiffs claim punitive damages of Defendant due to Defendant's negligence and wanton conduct.

65. Defendant, in an intentional and reckless manner, misrepresented to Plaintiffs the provisions of the policy by failing to provide Plaintiffs with the required payments under the policy.

66. As a proximate result of Defendant's said negligent misconduct, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish and emotional distress.

67. Plaintiffs claim punitive damages of Defendant due to Defendant's said negligent and wanton conduct.

## Count VI: Bad Faith

68. All other paragraphs of the complaint are reasserted as if fully set out herein.

69. On or about the 3rd day of July 2015, Plaintiff Jessica Tracy's home was destroyed by fire.

70. Plaintiff Jessica Tracy's home was, at the time of said fire, insured by Defendant.

71. Plaintiff Jessica Tracy filed a claim with Defendant on or about the date of the loss of said fire for the damage to the home.

72. Plaintiffs have complied with all of the requirements of the policy and have fully cooperated with Defendant regarding said claims by submitting numerous requested documents, receipts, and pictures, as well as by submitting to multiple depositions under oath.

73. Defendant has delayed the resolution of said claims by using various tactics.

74. Defendant has not provided Plaintiffs with payments sufficient to provide Plaintiffs an equivalent standard of living as required under the policy.

75. As a proximate result of Defendant's said bad faith, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish, and emotional distress.

76. Plaintiffs claim punitive damages of Defendant due to Defendant's negligence and wanton conduct.

77. Defendant, in an intentional and reckless manner, acted in bad faith by failing to provide Plaintiffs with the required payments under the policy.

78. As a proximate result of Defendant's said negligent misconduct, Plaintiffs were caused to suffer various injuries to their person and property, as well as mental anguish and emotional distress.

79. Plaintiffs claim punitive damages of Defendant due to Defendant's said negligent and wanton conduct.

**WHEREFORE**, Plaintiffs demand judgment against Defendant for compensatory damages and punitive damages plus court costs, attorneys' fees, interest, and any other remedies this Honorable Court may provide, in an amount to be determined by a jury.

DONE this the 3rd day of July 2017.

**PLAINTIFFS DEMAND A JURY TRIAL IN THIS CAUSE.**

*Jessica L. Tracy*

———————————————
Jessica L. Tracy
Plaintiff

_____
Edward F. Tracy
Plaintiff

5935 County Road 2
Pine Apple, Alabama 36768
telephone 334-787-9119
edward.tracy@southernlegalgroup.com

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>66-CV-2017-900041.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF WILCOX COUNTY, ALABAMA**
**JESSICA LEIGH TRACY ET AL V. USAA CASUALTY INSURANCE COMPANY**

**NOTICE TO:** USAA CASUALTY INSURANCE COMPANY, CSC, INC. AS AGENT 641 S. LAWRENCE ST., MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), EDWARD FEAGIN TRACY,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 5935 County Road 2, Pine Apple, AL 36768.

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JESSICA LEIGH TRACY pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 7/3/2017 11:15:36 AM | /s/ HON. CAROLYN POSEY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ EDWARD FEAGIN TRACY
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____.
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____.

*(Name of Person Served)*   *(Name of County)*   *(Date)*

*(Type of Process Server)*   *(Server's Signature)*   *(Address of Server)*

*(Server's Printed Name)*   *(Phone Number of Server)*



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF WILCOX COUNTY, ALABAMA
JESSICA LEIGH TRACY ET AL V. USAA CASUALTY INSURANCE COMPANY

66-CV-2017-900041.00

To: CLERK WILCOX
clerk.wilcox@alacourt.gov

TOTAL POSTAGE PAID: $6.98

Parties to be served by Certified Mail - Return Receipt Requested

USAA CASUALTY INSURANCE COMPANY                    Postage: $6.98
CSC, INC. AS AGENT
641 S. LAWRENCE ST.
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>66-CV-2017-900041.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF WILCOX COUNTY, ALABAMA**
**JESSICA LEIGH TRACY ET AL V. USAA CASUALTY INSURANCE COMPANY**

**NOTICE TO:** USAA CASUALTY INSURANCE COMPANY, CSC, INC. AS AGENT 641 S. LAWRENCE ST., MONTGOMERY, AL 36104
*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S),
EDWARD FEAGIN TRACY
*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 5935 County Road 2, Pine Apple, AL 36768
*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of JESSICA LEIGH TRACY pursuant to the Alabama Rules of the Civil Procedure.    *[Name(s)]*

| 7/3/2017 11:15:36 AM | /s/ HON. CAROLYN POSEY | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.    /s/ EDWARD FEAGIN TRACY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County, Alabama on _____
*(Name of Person Served)*   *(Name of County)*   *(Date)*

_____    _____
*(Address of Server)*

_____    _____
*(Type of Process Server)*   *(Server's Signature)*

_____    _____
*(Server's Printed Name)*   *(Phone Number of Server)*

**66-CV-2017-900041.00**
JESSICA LEIGH TRACY ET AL V. USAA CASUALTY INSURANCE COMPANY

| C001 - JESSICA LEIGH TRACY | v. | D001 - USAA CASUALTY INSURANCE COMPANY |
|---|---|---|
| *(Plaintiff)* | | *(Defendant)* |



**SERVICE RETURN COPY**



United States Postal Service

9590 9402 2754 6351 2616 39

Sender: Please print your name, address, and ZIP+4® in this box●

Carolyn Davis Posey, Clerk
P.O. Box 608
Camden, AL 36726

CV-17-9-41

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   USAA Casualty Insurance Company
   CSC, Inc. As Agent
   641 S. Lawrence St.
   Montgomery, AL 36104

   9590 9402 2754 6351 2616 39

2. Article Number (Transfer from service label)

   7017 0530 0000 0256 5168

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]
   ☒ Agent
   ☐ Addressee

B. Received by (Printed Name)
   [illegible]

C. Date of Delivery
   7/7/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☒ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053          Domestic Return Receipt